UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA ALEXANDRIA,<br><br>                              Plaintiff,<br><br>          -against-<br><br>PRANA LIVING, LLC,<br><br>                              Defendant. | 23-cv-5297 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The conference set for September 28, 2023, at 9:00 a.m. will proceed as scheduled. It will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 281-226-356, followed by the pound (#) sign.

SO ORDERED.

Dated: August 11, 2023
         New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge