UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIKA ALEXANDRIA,<br><br>       Plaintiff,<br><br>   -against-<br><br>PRANA LIVING, LLC,<br><br>       Defendant. | 23-cv-5297 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This case was filed on June 22, 2023. Dkt. 1. On August 23, 2023, Plaintiff's counsel advised the Court that he was in contact with Defendant. Dkt. 9. On August 24, 2023, Plaintiff entered a waiver of service on the docket. Dkt. 10. But Defendant has not yet appeared. Additionally, the Court's Initial Pretrial Conference Order required the parties to submit a proposed case-management plan and joint letter by last Thursday. Dkt. 5. But the parties failed to meet that deadline.

  By **September 27, 2023, at 12:00 p.m.**, Plaintiff is hereby ORDERED to file a letter updating the Court on the status of this action. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether the initial pretrial conference should be held at its scheduled time this Thursday, and (3) whether Plaintiff has made Defendant aware of the conference. The letter shall not exceed two (2) pages. If Plaintiff is still in contact with Defendant, the parties shall also propose a joint case-management plan by that time. Otherwise, Plaintiff shall propose her own case-management plan.

  SO ORDERED.

Dated: September 26, 2023
   New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge